AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA
V.
ALBERTO VILLAREAL

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2:06mj79-SRW

I, _____ALBERTO VILLAREAL_____, charged in a ☒ complaint ☐ petition

pending in this District ___conspiracy of knowingly and intentionally possess with intent to distribute cocaine___

in violation of _____21_____, U.S.C., _____846_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____/s/_____
Defendant

_____8/9/06_____
Date

_____/s/_____
Counsel for Defendant