IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06mj79-SRW |
| | ) | |
| ALBERTO VILLAREAL | ) | |

**ORDER**

On August 9, 2006, defendant waived his preliminary hearing in this case. Based on this wavier and on the complaint filed in this matter, the Magistrate Judge finds that there is probable cause to bind the defendant over to the District Court for further proceedings.

DONE, this 10th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE